Lanzinger, J.,
concurring in judgment only.
{¶ 63} I concur in judgment only. I do not agree that when mandatory postrelease control is not imposed a sentence is “void,” meaning that the court lacked jurisdiction to impose it. Such an erroneous sentence is voidable, making the person subject to resentencing only if the original sentence has been properly appealed or if the court follows the procedure set forth in R.C. 2929.191.[1] See State v. Bloomer, 122 Ohio St.3d 200, 2009-Ohio-2462, 909 N.E.2d 1254, ¶ 74-76 (Lanzinger, J., concurring in part and dissenting in part).

. The effect of R.C. 2929.191 is currently being questioned in case No. 2008-1265, State v. Singleton, Cuyahoga App. No. 90042, 2008-Ohio-2351, 2008 WL 2058571.